PROB 12
(Rev. 10/19)

Case: 1:22-mj-00247
Assigned To : Harvey, G. Michael
Assign. Date : 11/9/2022
Description: Arrest Rule (5)

**United States District Court
for the
DISTRICT OF MARYLAND**

United States vs. Jonathan Jerome Winston

Docket No.: 0416 8:12CR00031-001

SEALED
Petition on Supervised Release
Petition #1
November 27, 2019

COMES NOW **Michelle Singletary** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Jonathan Jerome Winston** who was sentenced for **Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony\***, by the **Honorable Roger W. Titus, U.S. District Judge**, sitting in the court at **Greenbelt, Maryland**, on the **18th day of March, 2013**, who sentenced the defendant to **71 Months Bureau of Prisons; 36 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

*Supervision commenced on November 1, 2019.*
*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 2 years.*
*\*\*The maximum period of Supervised Release that may be imposed following a new term of imprisonment upon revocation: 3 years, minus the term of imprisonment imposed.*

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
2. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. Special Assessment: $100.00

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
Mr. Winston failed to report the U.S. Probation Office for the District of Maryland within 72 hours of his release from custody, in violation of the standard condition which states the defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Re: Winston, Jonathan
Dkt. #: 0416 8:12CR00031-001
Petition #: 1
Page: 2

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Jonathan Jerome Winston for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT

Considered and ordered as prayed this 2nd day of Dec, 20 19 and ordered filed and made a part of the records in the above case.

_____
Deborah K. Chasanow
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Michelle Singletary, U.S. Probation Officer

Date: 11-27-19

Reviewed and Approved By:

_____
Marius Davis, Supervisory U.S. Probation Officer

Date: 11-27-19

Place: Greenbelt, Maryland

# United States District Court
## for the
## District of Maryland

**United States vs. Jonathan Jerome Winston**         **Docket Number: 0416 8:12CR00031-001**

### Violation Report #1 - Warrant for Felony & Class A Misdemeanor

### November 27, 2019

**Name of Offender:**  Jonathan Jerome Winston

**Assigned Judge:**  Deborah K. Chasanow, U.S. District Judge

**Date of Original Sentence:**  March 18, 2013

**Original Offense:**  Felon in Possession of Firearm, 18 U.S.C.§ 922(g)(1), Class C Felony

**Original Sentence:**  71 Months Bureau of Prisons; 36 Months Supervised Release

**Special Conditions:**
- Credit Restrictions
- Mental Health Treatment Program
- Special Assessment: $100.00

**Date Supervision Commenced:**  November 1, 2019     **Date Supervision Expires:**  October 31, 2022

---

**Supervision Adjustment:**
On March 18, 2013, Jonathan Winston appeared before the Honorable Roger W. Titus for sentencing subsequent to conviction for the offense of Felon in Possession of Firearm. Mr. Winston was committed to the custody of the United States Bureau of Prisons (BOP) for a term of seventy-one (71) months; followed by three (3) years supervised release with the following additional conditions:
- The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
- The defendant shall not incur new credit charges or open additional lines of credit without approval of the probation officer.
- The defendant shall pay the special assessment in the amount of $100.00 as directed herein.

On May 31, 2018, Mr. Winston was released from FCI McKean on an unescorted furlough transfer to his halfway placement at Hope Village located in Washington, DC; however, he failed to arrive at the facility as directed and was placed on escape status. On June 21, 2018, an indictment was issued by the United States District Court for the District of Columbia, charging Mr. Winston with Escape from Custody (Case CR 18-191-01 EGS) and the arrest warrant was issued. On July 29, 2019, Mr. Winston was served the warrant and taken into custody.

On November 1, 2019, Mr. Winston appeared before the Honorable Emmet G. Sullivan, U.S. District Judge, for sentencing subsequent to conviction for the offense of Escape from Custody. Mr. Winston was committed to the custody of the United States Bureau of Prisons for time served with no supervised release to follow. Mr. Winston

**Re: Winston, Jonathan**
**Dkt. #: 0416 8:12CR00031-001**
**Page: 2**

was subsequently released from custody November 1, 2019.

The purpose of the correspondence is to notify the Court that Mr. Winston failed to report to the U.S. Probation Office for the District of Maryland within 72 hours of his release from custody, provide relative information as to Mr. Winston's current status and request the issuance of a warrant petition.

As noted above, Mr. Winston was released from custody on November 1, 2019. Following his release, he failed to report to the U.S. Probation Office for the District of Maryland within the noted 72 hours. It is noted that our office was not aware of Mr. Winston's release until November 14, 2019, at which time we were advised that Mr. Winston had been served an arrest warrant issued by the Superior Court for the District of Columbia, charging him with First Degree Murder While Armed, case 2019 CF1 014530 **(incident date being on or about January 26, 2019 while Mr. Winston was on escape status from the BOP).**

Mr. Winston is currently detained with a no bond status and located at the Correctional Treatment Facility located at 1901 D Street SE, Washington, DC 20003.

**Prior Court Actions:**
No prior court action(s).

**Alleged Violation(s):**

| **Violation Number 1** | **Grade** |
|---|---|
| Mr. Winston failed to report the U.S. Probation Office for the District of Maryland within 72 hours of his release from custody, in violation of the standard condition which states the defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons. | C |

**USSC Chapter 7 Policy Statements**

| | |
|---|---|
| **Most Serious Grade of Violation (§7B1.1(b))** | C |
| **Criminal History Category (§7B1.4(a))** | IV |
| **Range of Imprisonment (§7B1.4(a))** | 6-12 |

**Sentencing Options for Grade B and C Violations Only**
Pursuant to §7B1.3(c)(1), in the case of a Grade B or C violation, where the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, the minimum term may be satisfied by (A) a sentence of imprisonment; or (B) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention according to the schedule in §5C1.1(e) for any portion of the minimum term.

Re: Winston, Jonathan
Dkt. #: 0416 8:12CR00031-001
Page: 3

**Statutory Provisions**
Pursuant to 18 U.S.C. § 3583(e)(3), the defendant may not be required to serve more than 2 year(s) imprisonment for a Class C felony.

**Supervised Release**
If supervised release is revoked and the term of imprisonment is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (18 U.S.C. § 3583(h) and §7B1.3(g)(2)).

Period of supervised release to be served following release from imprisonment: Three years minus any term of imprisonment imposed.

**Recommendation:**
Based on the violation(s) stated above, this officer respectfully recommends a warrant be issued for the arrest of Jonathan Jerome Winston for alleged violation(s) of Supervised Release.

Attached is a petition for Your Honor's consideration.

If you have any questions, please contact me at 301-344-3719.

Mr. Winston's last known address is Last Known Address:  8109 Allendale Drive, Landover, Maryland 20785; however, current housed at the Correctional Treatment Facility at 1901 D Street SE, Washington, DC 20003 DC.

_____     11-27-19
**Michelle Singletary**            **Date**
**U.S. Probation Officer**

_____     11-27-19
**Marius Davis**                   **Date**
**Supervisory U.S. Probation Officer**